IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| JOEY L. CAMPBELL, | : | |
| | : | |
| Petitioner, | : | |
| v. | : | |
| | : | No. 3:08-CR-14 (CAR) |
| UNITED STATES OF AMERICA, | : | No. 3:10-CV-90088 (CAR) |
| | : | |
| Respondent. | : | |
| _____ | : | |

ORDER ON RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 61] to deny Petitioner Joey L. Campbell's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [Doc. 45]. Petitioner has not entered an objection to the Recommendation. Upon review of the record of the case, the Court agrees with the findings and conclusions of the United States Magistrate Judge that Petitioner failed to file his petition within the one-year period of limitations and has failed to show adequate grounds for equitable tolling. Accordingly, the Recommendation [Doc. 61] is hereby **ADOPTED and MADE THE ORDER OF THE COURT**. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence [Doc. 45] is

**DENIED**.  Additionally, because Petitioner has failed to make a substantial showing of

the denial of a constitutional right, a certificate of appealability is **DENIED**.


**SO ORDERED,** this 12th day of October, 2012.

                                                                      S/ C. Ashley Royal
                                                                      C. ASHLEY ROYAL
                                                                      UNITED STATES DISTRICT JUDGE

LMH