**Report and Order Denying Ex-Parte Motion for Termination of
Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   3:08-CR-14-001(CAR) |
| **JOEY L. CAMPBELL** | |

On January 13, 2009, the Court committed Joey L. Campbell to the Federal Bureau of Prisons (BOP) for 188 months to be followed by five years of supervised release for the offense of Possession with Intent to Distribute Over Five Grams of Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii).  Pursuant to the First Step Act of 2018, on February 8, 2019, the Court reduced the term of imprisonment to 151 months.  Campbell was released from federal custody on October 22, 2019 and commenced supervised release.

On November 1, 2021, Campbell filed an Ex-Parte Motion for Termination of Supervised Release. In considering his motion, the Court carefully examined the factors enumerated at 18 U.S.C. § 3583(e) and made an individualized assessment.  Specifically, the Court considered (1) the nature and circumstances of the offense for which supervision was imposed; (2) the history and characteristics of the defendant, to include Campbell's lengthy prior criminal record and his designation as a Career Offender; and (3) the need to provide Campbell with ongoing monitoring to afford adequate deterrence to potential criminal conduct beyond the time he has been under supervision.  While recognizing Campbell's progressive strides toward supervision objections, as reflected in his motion, the Court has determined further monitoring by the U.S. Probation Office is in the interest of justice.

## ORDER OF COURT

Campbell's motion for early termination of supervised release is **DENIED.**

Dated this __21__ day of __January__, 2022.

_____
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE